UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL  60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| BENJAMIN F. LEE AND RUBY L. LEE, | ) | CASE NO. 06 B 03371 |
| | ) | |
| Debtors. | ) | HON. SUSAN PIERSON SONDERBY |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT**

To the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

| At: | United States Bankruptcy Court<br>219 South Dearborn Street, Courtroom 642<br>Chicago, Illinois 60604 |
|---|---|
| | On:  **November 7, 2007**   At:  **10:30 a.m.** |

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

| Receipts | $15,577.55 |
|---|---|
| Disbursements | $       0.00 |
| Net Cash Available for Distribution | $15,577.55 |

4.  Applications and Claims for Chapter 7 Fees and Administrative Expenses have been filed as follows:

| Applicant | Compensation and Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard J. Mason (Trustee Fees) | $  0.00 | $2,307.76 | $  0.00 |
| McGuireWoods LLP (Trustee's Attorney Fees) | $  0.00 | $1,050.00 | $0.00 |

5.  Applications for Chapter 11 Fees and Administrative expenses previously approved by order of this Court:        $0.00

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $ 0.00 and priority tax claims totaling $ 0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The wage claim priority dividend is anticipated to be 0.00% and the tax claim priority dividend is anticipated to be 0.00%.

\4771758.1

Allowed priority wage claims are as follows:

None.

Allowed priority tax claims are as follows:

None.

7.  Claims of general unsecured creditors totaling $7,818.62 have been allowed and will be paid only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100% and the proposed distribution is as follows:

| Claim Number | Creditor | Allowed Amount | Dividend |
|---|---|---|---|
| 1 | Regional Acceptance | $7,818.62 | $7,818.62 |

8.  In addition, proposed interest on claims of general unsecured creditors totalling $687.95 is anticipated to be paid as follows:

| Claim Number | Creditor | Allowed Amount | Dividend |
|---|---|---|---|
| 1 | Regional Acceptance | $687.95 | $687.95 |

9.  Finally, a proposed surplus to the debtor of $3,983.22 is proposed.

10. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor has been discharged.

13. The Trustee proposes to abandon the following property at the hearing:  None.

Dated: **October 16, 2007**                                      For the Court,


                                                        By:  KENNETH S. GARDNER
                                                             Kenneth S. Gardner
                                                             Clerk of the U.S. Bankruptcy Court
                                                             219 So. Dearborn Street; 7th Floor
                                                             Chicago, IL  60604


Trustee:        Richard J. Mason, P.C.
Address:        McGuireWoods LLP
                77 West Wacker Drive
                Suite # 4100
                Chicago, IL  60601-1815
(312) 750-8694


\4771758.1

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: amcc7          Page 1 of 1          Date Rcvd: Oct 16, 2007
Case: 06-03371                Form ID: pdf002      Total Served: 11
```

```
The following entities were served by first class mail on Oct 18, 2007.
db          +Benjamin F Lee,   5942 W Rice  Street,   Chicago, IL 60651-2538
jdb         +Ruby L Lee,   5942 W Rice  Street,   Chicago, IL 60651-2538
aty         +Jonathan T Green,   7817 S Luella,   Chicago, IL 60649-5008
tr          +Richard J Mason,   McGuire Woods LLP,   77 West Wacker Drive,   Suite 4100,
             Chicago, IL 60601-1683
10842630    +F S Financial Regional Co,   PO Box 201287,   Arlington, TX 76006-1287
10672853    +HARLEM FURNITURE,   2525 N HARLEM AVE,   CHICAGO, IL 60707-2057
10842632    +Home Depot,   1900 N Cicero,   Chicago, IL 60639
10672854    +JUANITA A STEELE,   205 W RANDOLPH SUITE 1310,   CHICAGO, IL 60606-1815
10672852    +PEOPLE CHOICE HOME LOANS,   P O BOX 52678,   IRVINE, CA 92619-2678
11055503     Regional Acceptance Corporation,   Bankruptcy Section/100-50-01-51,   PO Box 1847,
             Wilson, NC 27894-1847
10842631     Sprint,   PO Box 219554,   Kansas City, MO 64121-9554


The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Richard J Mason
                                                                            TOTALS: 1, * 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2007**                    **Signature:**  _____