IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BENJAMIN F. LEE AND | ) | CASE NO. 06 B 03371 |
| RUBY L. LEE, | ) | |
| | ) | |
| Debtors. | ) | HON. SUSAN PIERSON SONDERBY |

**PROPOSED DISTRIBUTION REPORT**

I, RICHARD J. MASON, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that, based on my review, I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,131.87 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 8,506.57 |
| Surplus To Debtor: | $ 4,972.72 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 15,611.16 |

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $1,781.87 | 100% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| N/A | RICHARD J. MASON, Trustee | $1,781.87 | $1,781.87 |
| N/A | MCGUIREWOODS LLP, Attorney for Trustee | $350.00 | $350.00 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT (INCLUDING EMPLOYER-PAID TAX)** | **DIVIDEND AMOUNT (NET OF EMPLOYEE-PAID & EMPLOYER-PAID TAX)** |
| **TYPE** | **ALLOWANCE** | **DIVIDEND** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $2,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $900.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

TOTAL

| 9. TYPE OF CLAIMS | AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $7,818.62 | 100% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Regional Acceptance Corporation | $7,818.62 | $7,818.62 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  |  |  |  |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  |  |  |  |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $687.95 | 100% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  |  |  |  |

| | | | |
|---|---|---|---|
| 1 | Regional Acceptance Corporation | $687.95 | $687.95 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $4,972.72 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| N/A | Benjamin F. Lee and Ruby L. Lee | $4,972.72 | $4,972.72 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| None | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: January 9, 2008                By: /s/ Richard J. Mason
                                          RICHARD J. MASON, Trustee

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 S. DEARBORN ST., CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 CASE |
| BENJAMIN F. LEE AND ) | |
| RUBY L. LEE, ) | CASE NO. 06 B 03371 |
| ) | |
| Debtors. ) | HON. SUSAN PIERSON SONDERBY |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows;

1. Trustee's compensation         ~~$2,307.76~~  $1,791.00

2. Trustee's expenses              $0.00

   TOTAL                           ~~$2,307.76~~  $1,791.00

IT IS FURTHER ORDERED that the below professionals may retain the amounts previously awarded and the current requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee

   a. Compensation                 ~~$1,050.00~~  $350.00

   b. Expenses                     $0.00

   TOTAL FOR TRUSTEE'S ATTORNEYS   ~~$1,050.00~~  $350.00

2. Accountants for the Trustee

   a. Compensation                 $0.00

   b. Expenses                     $0.00

   TOTAL FOR TRUSTEE'S ACCOUNTANT  $0.00

Case 06-03371    Doc 35    Filed 01/09/08    Entered 01/09/08 13:55:12    Desc Main
Document    Page 8 of 8

06-03371:26 1:Final Report and Account - Asset:Proposed Order Entered: 9/14/2007 3:03:55 PM by:Richard Mason Page 2 of 2

**IT IS FURTHER ORDERED** that the Trustee is authorized and directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the bankruptcy Court.

DATED THIS ____ DAY OF _____ 2007.

ENTERED: _____
HON. SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE

NOV 0 7 2007