IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: <br> BENJAMIN F LEE AND RUBY L LEE, <br><br><br><br> Debtor. | CHAPTER 7 CASE <br><br> CASE NO. 06 B 03371 <br><br> HONORABLE SUSAN PIERSON SONDERBY |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE ERWIN I. KATZ,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of cancelled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


January 29, 2009                                    /s/ Richard J. Mason
DATE                                                RICHARD J. MASON, TRUSTEE

# EXHIBIT A

06-03371:26.1:Final Report and Account - Asset:Proposed Order Entered: 9/14/2007 3:03:55 PM by:Richard Mason Page 1 of 2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
### 219 S. DEARBORN ST., CHICAGO, IL 60604

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| BENJAMIN F. LEE AND | ) |
| RUBY L. LEE, | ) CASE NO. 06 B 03371 |
| | ) |
| Debtors. | ) HON. SUSAN PIERSON SONDERBY |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows;

1. Trustee's compensation          ~~$2,307.76~~  $1,781.00

2. Trustee's expenses              $0.00

   TOTAL                           ~~$2,307.76~~  $1,781.00

IT IS FURTHER ORDERED that the below professionals may retain the amounts previously awarded and the current requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee

   a. Compensation                 ~~$1,050.00~~  $350.00

   b. Expenses                     $0.00

   TOTAL FOR TRUSTEE'S ATTORNEYS   ~~$1,050.00~~  $350.00

2. Accountants for the Trustee

   a. Compensation                 $0.00

   b. Expenses                     $0.00

   TOTAL FOR TRUSTEE'S ACCOUNTANT  $0.00

06-03371:26.1:Final Report and Account - Asset:Proposed Order Entered: 9/14/2007 3:03:55 PM by:Richard Mason Page 2 of 2

**IT IS FURTHER ORDERED** that the Trustee is authorized and directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the bankruptcy Court.

DATED THIS _____ DAY OF _____ 2007.

ENTERED: _____
HON. SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE

NOV 0 7 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BENJAMIN F. LEE AND RUBY L. LEE, | ) | CASE NO. 06 B 03371 |
| | ) | |
| Debtors. | ) | HON. SUSAN PIERSON SONDERBY |

### PROPOSED DISTRIBUTION REPORT

I, RICHARD J. MASON, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that, based on my review, I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,131.87 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 8,506.57 |
| Surplus To Debtor: | $ 4,972.72 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 15,611.16 |

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $1,781.87 | 100% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| N/A | RICHARD J. MASON, Trustee | $1,781.87 | $1,781.87 |
| N/A | MCGUIREWOODS LLP, Attorney for Trustee | $350.00 | $350.00 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT (INCLUDING EMPLOYER-PAID TAX) | DIVIDEND AMOUNT (NET OF EMPLOYEE-PAID & EMPLOYER-PAID TAX) |
| TYPE | ALLOWANCE | DIVIDEND |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $2,000.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $900.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

TOTAL

DISTRIBUTION REPORTS                                                              PAGE 4

| 9. TYPE OF CLAIMS | AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $7,818.62 | 100% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Regional Acceptance Corporation | $7,818.62 | $7,818.62 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $687.95 | 100% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

**DISTRIBUTION REPORTS** PAGE 6

| | | | |
|---|---|---|---|
| 1 | Regional Acceptance Corporation | $687.95 | $687.95 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $4,972.72 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| N/A | Benjamin F. Lee and Ruby L. Lee | $4,972.72 | $4,972.72 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

None

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: January 9, 2008

By: /s/ Richard J. Mason
RICHARD J. MASON, Trustee

EXHIBIT B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-03371 SPSA | Trustee: | RICHARD J. MASON (330470) |
| --- | --- | --- | --- |
| Case Name: | BENJAMIN F. & RUBY L. LEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7559618 | Account: | ***-*****84-65 - Money Market Account |
| Period Ending: | 11/14/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/19/07 | {3} | Park National Bank | BANK FUNDS' TURNOVER | 1129-000 | 15,540.75 | | 15,540.75 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.76 | | 15,543.51 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.57 | | 15,552.08 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.58 | | 15,560.66 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.03 | | 15,568.69 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.86 | | 15,577.55 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.59 | | 15,586.14 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.76 | | 15,593.90 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.15 | | 15,603.05 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.11 | | 15,611.16 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.95 | | 15,619.11 |
| 01/30/08 | 1001 | BENJAMIN F. & RUBY L. LEE | | 8200-002 | | 4,972.72 | 10,646.39 |
| 01/30/08 | 1002 | Regional Acceptance Corporation | | 7100-000 | | 7,818.62 | 2,827.77 |
| 01/30/08 | 1003 | Regional Acceptance Corporation | | 7990-000 | | 687.95 | 2,139.82 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.14 | | 2,146.96 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.53 | | 2,149.49 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.39 | | 2,149.88 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.29 | | 2,150.17 |
| 05/22/08 | | Regional Acceptance Corp. | | 1123-000 | 2,885.03 | | 5,035.20 |
| 05/27/08 | 1004 | BENJAMIN F. & RUBY L. LEE | | 8200-002 | | 2,885.03 | 2,150.17 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.31 | | 2,150.48 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.30 | | 2,150.78 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.27 | | 2,151.05 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.25 | | 2,151.30 |
| 09/26/08 | 1005 | Richard J. Mason | | 2100-000 | | 1,781.00 | 370.30 |

| | | Subtotals : | $18,515.62 | $18,145.32 | |

{} Asset reference(s)    Printed: 11/14/2008 04:52 PM    V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-03371 SPSA | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|
| Case Name: | BENJAMIN F. & RUBY L. LEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****84-65 - Money Market Account |
| Taxpayer ID #: | 13-7559618 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/14/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/26/08 | 1006 | McGuire Woods, LLP | | 3110-000 | | 350.00 | 20.30 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.27 | | 20.57 |
| 10/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -20.57 | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | | 18,495.32 | 18,495.32 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | Subtotal | | | 18,495.32 | 18,495.32 | |
| | | Less: Payments to Debtors | | | | 7,857.75 | |
| | | NET Receipts / Disbursements | | | $18,495.32 | $10,637.57 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****84-65 | 18,495.32 | 10,637.57 | 0.00 |
| TOTAL - ALL ACCOUNTS | $18,495.32 | $10,637.57 | $0.00 |

# EXHIBIT C

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2008 through October 31, 2008
Account Number: **000312891898465**

## CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**

00016730 DBI 802 24 30808 - NNNNN 1 000000000 60 0000
06-03371 BENJAMIN F & RUBY L LEE
DEBTOR
330470 RICHARD MASON TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## SAVINGS SUMMARY

Bankruptcy Business Money Market

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$20.57** |
| Other Withdrawals, Fees & Charges | 1 | - 20.57 |
| **Ending Balance** | 1 | **$0.00** |
| Interest Paid This Period | | -$20.57 |
| Interest Paid Year-to-Date | | -$8.82 |

This account earns interest daily and the current interest rate is 0.12%.

The total interest paid this year is $-8.82.

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/09 | Interest Debit Adjustment | $20.57 |
| **Total Other Withdrawals, Fees & Charges** | | **$20.57** |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

February 01, 2008 through February 29, 2008

Account Number: **000312891898465**

## CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**

00016737 DBI 802 24 06308 - NNN 1 000000000 60 0000
06-03371 BENJAMIN F & RUBY L LEE
DEBTOR
330470 RICHARD MASON TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

*Kim 04/26/08*



## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$15,626.25** |
| Deposits and Additions | 1 | 2.53 |
| Checks Paid | 3 | - 13,479.29 |
| **Ending Balance** | **4** | **$2,149.49** |
| Interest Paid This Period |  | $2.53 |
| Interest Paid Year-to-Date |  | $9.67 |

This account earns interest daily and the current interest rate is 0.25%.

The total interest paid this year is $9.67.

Interest paid in 2007 for account 000312891898465 is $78.36.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/29 | Interest Payment | $2.53 |
| **Total Deposits and Additions** |  | **$2.53** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1001 | 02/29 | $4,972.72 |
| 1002 | 02/19 | 7,818.62 |
| 1003 | 02/19 | 687.95 |
| **Total Checks Paid** |  | **$13,479.29** |

**JPMorganChase**

February 01, 2008 through February 29, 2008

Account Number: **000312891898465**

ACCOUNT # 000312891898465
BENJAMIN F & RUBY L LEE
06-03371

**IMAGES**



006610321246 FEB 29 #0000001001 $4,972.72







006610321246 FEB 29 #0000001001 $4,972.72



006310493752 FEB 19 #0000001002 $7,818.62



006310493752 FEB 19 #0000001002 $7,818.62

Page 2 of 3

**JPMorganChase**

February 01, 2008 through February 29, 2008

Account Number: **000312891898465**

ACCOUNT # 000312891898465
BENJAMIN F & RUBY L LEE
06-03371





006310493753 FEB 19 #0000001003 $687.95

006310493753 FEB 19 #0000001003 $687.95

**JPMorganChase**

May 31, 2008 through June 30, 2008

Account Number: **000312891898465**

ACCOUNT # 000312891898465
BENJAMIN F & RUBY L LEE
06-03371

**IMAGES**




905280249566 JUN 03 #0000001004 $2,885.03

905280249566 JUN 03 #0000001004 $2,885.03

Page 2 of 2