UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| BENJAMIN F. LEE AND | ) | CASE NO.  06 B03371 |
| RUBY L. LEE | ) | |
| | ) | |
| DEBTOR(S). | ) | JUDGE SUSAN PIERSON SONDERBY |
| | ) | |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:** **Richard J. Mason, Esq.**
**McGuire Woods LLP**
**77 West Wacker Drive**
**Suite 4100**
**Chicago, IL 60601**
**Registrant's  e-mail: rmason@mcguirewoods.com**

**Please Take Notice** that on **January 30, 2009**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                                                WILLIAM T. NEARY
                                                                UNITED STATES TRUSTEE


DATED: January 30, 2009                    BY:  /s/ Dean C. Harvalis
                                                Dean C. Harvalis, Assistant U.S. Trustee
                                                OFFICE OF THE U.S. TRUSTEE
                                                219 South Dearborn Street, Room 873
                                                Chicago, IL 60603
                                                (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Assistant U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on January 30, 2009.

                                                /s/ Dean C. Harvalis