# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-03371 SPSA
Case Name: BENJAMIN F. & RUBY L. LEE
Period Ending: 12/31/08

Trustee: (330470) RICHARD J. MASON
Filed (f) or Converted (c): 03/31/06 (f)
§341(a) Meeting Date: 05/19/06
Claims Bar Date: 02/07/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENTIAL REAL ESTATE | 216,032.00 | 0.00 | | 0.00 | FA |
| 2 | MS VACANT LOT | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 3 | DEBTORS' BANK ACCOUNTS | 23,400.00 | 15,400.00 | | 15,540.75 | FA |
| 4 | FURNITURE | 6,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION | 2,416.00 | 0.00 | | 0.00 | FA |
| 7 | 1996 CADILLAC SEDAN DE VILLE | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1998 DODGE RAM | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2001 MERCURY SABLE | 9,202.40 | 0.00 | | 0.00 | FA |
| 10 | BOAT | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 69.54 | FA |
| 11 | Assets Totals (Excluding unknown values) | $266,050.40 | $18,400.00 | | $15,610.29 | $0.00 |

Major Activities Affecting Case Closing:

Trustee's Final Report.

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-03371 SPSA
**Case Name:** BENJAMIN F. & RUBY L. LEE
**Period Ending:** 12/31/08

**Trustee:** (330470)   RICHARD J. MASON
**Filed (f) or Converted (c):** 03/31/06 (f)
**§341(a) Meeting Date:** 05/19/06
**Claims Bar Date:** 02/07/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

Initial Projected Date Of Final Report (TFR): December 31, 2007    Current Projected Date Of Final Report (TFR): September 14, 2007 (Actual)

/s/ RICHARD J. MASON

RICHARD J. MASON

January 30, 2009
_____
Date

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-03371 SPSA  
**Case Name:** BENJAMIN F. & RUBY L. LEE  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****84-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

**Taxpayer ID #:** 13-7559618  
**Period Ending:** 12/31/08  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/19/07 | {3} | Park National Bank | BANK FUNDS' TURNOVER | 1129-000 | 15,540.75 | | 15,540.75 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.76 | | 15,543.51 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.57 | | 15,552.08 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.58 | | 15,560.66 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.03 | | 15,568.69 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.86 | | 15,577.55 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.59 | | 15,586.14 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.76 | | 15,593.90 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.15 | | 15,603.05 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.11 | | 15,611.16 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.95 | | 15,619.11 |
| 01/30/08 | 1001 | BENJAMIN F. & RUBY L. LEE | | 8200-002 | | 4,972.72 | 10,646.39 |
| 01/30/08 | 1002 | Regional Acceptance Corporation | | 7100-000 | | 7,818.62 | 2,827.77 |
| 01/30/08 | 1003 | Regional Acceptance Corporation | | 7990-000 | | 687.95 | 2,139.82 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.14 | | 2,146.96 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.53 | | 2,149.49 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.39 | | 2,149.88 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.29 | | 2,150.17 |
| 05/22/08 | | Regional Acceptance Corp. | | 1123-000 | 2,885.03 | | 5,035.20 |
| 05/27/08 | 1004 | BENJAMIN F. & RUBY L. LEE | | 8200-002 | | 2,885.03 | 2,150.17 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.31 | | 2,150.48 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.30 | | 2,150.78 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.27 | | 2,151.05 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.25 | | 2,151.30 |
| 09/26/08 | 1005 | Richard J. Mason | | 2100-000 | | 1,781.00 | 370.30 |

Subtotals : $18,515.62   $18,145.32

{} Asset reference(s)   Printed: 01/30/2009 02:17 PM

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-03371 SPSA
**Case Name:** BENJAMIN F. & RUBY L. LEE

**Taxpayer ID #:** 13-7559618
**Period Ending:** 12/31/08

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_****84-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/08 | 1006 | McGuire Woods, LLP | | 3110-000 | | 350.00 | 20.30 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.27 | | 20.57 |
| 10/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -20.57 | | 0.00 |

|  |  | Receipts $ | Disbursements $ |
|---|---|---|---|
| | ACCOUNT TOTALS | 18,495.32 | 18,495.32 |
| | Less: Bank Transfers | 0.00 | 0.00 |
| | Subtotal | 18,495.32 | 18,495.32 |
| | Less: Payments to Debtors | | 7,857.75 |
| | NET Receipts / Disbursements | $18,495.32 | $10,637.57 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***_****84-65 | 18,495.32 | 10,637.57 | 0.00 |
| | $18,495.32 | $10,637.57 | $0.00 |

/s/ RICHARD J. MASON

_____
RICHARD J. MASON

January 30, 2009
_____
Date

{} Asset reference(s)